| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| BOBBY JOE OSBURN, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 1:19-CV-103 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| *Defendant.* | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Keith Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report and recommendation (Doc. No. 14) recommending the court reverse and remand the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). No objections have been filed. Accordingly, the court ADOPTS the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 24th day of March, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE