| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

BOBBY JOE OSBURN, §
§
*Plaintiff*, §
§
v. § CIVIL ACTION NO. 1:19-CV-103
§
COMMISSIONER OF SOCIAL §
SECURITY ADMINISTRATION, §
§
*Defendant*. §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Honorable Keith F. Giblin, United States Magistrate Judge, submitted a report recommending that the Court grant the plaintiff's motion for attorney fees under the Equal Access to Justice Act.  No party has filed objections to the magistrate judge's report.  The Court ORDERS that the Report and Recommendation of the United States Magistrate Judge (#19) is ADOPTED.  The Court further ORDERS that the motion for attorney fees (#17) is GRANTED.  The Commissioner of Social Security is directed to pay plaintiff Bobby Joe Osburn's attorney fees under the Equal Access to Justice Act in the amount of $5,968.20 and costs in the of $400.00 as recommended in Judge Giblin's report.  It is finally ORDERED that the Commissioner mail this award to the plaintiff in care of his attorney, Karl E. Osterhout, at the attorney's office address.  This award is subject to any beneficial, contractual and/or assignment-based interests held by counsel.

SIGNED at Beaumont, Texas, this 5th day of August, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE